**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 20-1946**

───────────

In re:  JOSHUA ANDERSON,

                Petitioner.

───────────

On Petition for Writ of Mandamus.  (1:19-cv-00075-LO-TCB)

───────────

Submitted:  January 29, 2021                          Decided:  February 8, 2021

───────────

Before WILKINSON, QUATTLEBAUM, and RUSHING, Circuit Judges.

───────────

Petition denied by unpublished per curiam opinion.

───────────

Joshua Anderson, Petitioner Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Anderson petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that on August 28, 2020, the district court dismissed Anderson's petition with prejudice. *Anderson v. Bolster*, No. 1:19-cv-00075-LO-TCB (E.D. Va. filed Aug. 27, 2020 & entered Aug. 28, 2020). Accordingly, because the district court has dismissed Anderson's § 2241 petition, we deny Anderson's mandamus petition as moot.[*] *See Incumaa v. Ozmint*, 507 F.3d 281, 286 (4th Cir. 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] Anderson's appeal of the district court's dismissal order, *Anderson v. Bolster*, No. 20-7707, remains pending before this court.